```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

Hair Bar NYC Inc.,

        Defendant.

22 Civ. 5820 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 20, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by September 6, 2022. ECF No. 6. These submissions are overdue. Accordingly, by **September 15, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge