UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

Hair Bar NYC Inc.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/17/2023
```

22 Civ. 5820 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 11, 2022, the Clerk of Court issued a certificate of default. *See* ECF No. 14. Accordingly, by **February 17, 2023**, Plaintiff shall move for default judgment against Defendant in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: January 17, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge